# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| CHARLES CLAYTON | PETITIONER |
| v. | CIVIL ACTION NO. 3:09-CV-P71-S |
| UNITED STATES ARMY | RESPONDENT |

## MEMORANDUM OPINION AND ORDER

Petitioner, Charles Clayton, filed this action pursuant to 28 U.S.C. § 2241 seeking a writ of habeas corpus (DN 1). His petition asks that he be awarded good-time credit at a higher rate than he has been. Petitioner filed another petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, *Clayton v. U.S. Army*, Civil Action No. 3:09-CV-438-C, which has been administratively closed and the documents in that action have been transferred to the docket of the instant action. In that petition, Petitioner asserts that he is being held beyond his minimum release date and asks for release from incarceration.

However, Petitioner has now filed a motion to withdraw his petition for writ of habeas corpus (DN 17). He requests in that motion that the Court close this action as moot because the Court is no longer able to grant relief due to his pending release.

The Court finds that his habeas corpus petition is moot because of his pending release, and federal courts may adjudicate only actual and ongoing controversies. *See Jallayou v. Kimble*, No. CV 09-1592-PHX-MHM, 2009 WL 3756484, at *2 (D. Ariz. Nov. 5, 2009) (citing *Lewis v. Continental Bank Corp.*, 494 U.S. 472 (1990)). Additionally, federal habeas claims for loss of good-time credit become moot when a petitioner is released. *See Gray v. Dretke*, 135 F. App'x 711, 712 (5th Cir. 2005).

Consequently, the Court **GRANTS** Petitioner's motion to withdraw his petition for writ of habeas corpus (DN 17). The Court will dismiss the habeas petition by separate Order.

Date:

cc: Petitioner, *pro se*
 Respondent
4411.009